UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ANDREW PRATT,

                       Plaintiff,

     vs                                                      9:08-CV-1180

MICHAEL F. HOGAN, Commissioner, NYS
Office of Mental Health; TERRI MAXYMILLIAN,
Director, SOTP, CNYPC; VALERIE COLASANTE,
Psychologist Asst. 3; REGINA ANDERSON, R.N.,
Treatment Team Leader, CNYPC; and DONALD
SAWYER, Executive Director, CNYPC,

                       Defendants.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

APPEARANCES:

ANDREW PRATT
18859-604
cnypc
po Box 300
9005 Old River Road
Marcy, NY 13403

HON. ANDREW M. CUOMO                  MICHAEL G. McCARTIN, ESQ.
Attorney General of the                      Asst. Attorney General
  State of New York
Attorney for Defendants
Department of Law
The Capitol
Albany, New York 12224

DAVID N. HURD
United States District Judge

## DECISION and ORDER

       Plaintiff, Andrew Pratt, commenced this civil rights action in November 2008, pursuant to 42 U.S.C. § 1983. By Report-Recommendation dated March 22, 2010, the Honorable David E. Peebles, United States Magistrate Judge, recommended that

defendants' motion to dismiss (Dkt. No. 11) be granted and that plaintiff's complaint be dismissed in all respects.  No objections to the Report-Recommendation have been filed.

Based upon a careful review of the file, and the recommendations of Magistrate Judge Peebles, the Report-Recommendation is accepted and adopted in all respects. See 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that

1. Defendants' motion to dismiss is GRANTED;

2. The plaintiff's complaint is DISMISSED in all respects; and

3. The Clerk is directed to file judgment accordingly and close the file.

IT IS SO ORDERED.

Dated: April   28 , 2010
       Utica, New York.

_____
United States District Judge